**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ELIZABETH INMAN, | : | Case No. 3:12-cv-72 |
| Plaintiff, | : | District Judge Timothy S. Black |
| | | Magistrate Judge Michael J. Newman |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | | |

**ORDER**

This case involves a Social Security disability benefits appeal brought pursuant to 42 U.S.C. § 405(g). Presently before the Court is the Commissioner's Motion for Voluntary Remand (doc. 10), filed on September 10, 2012.

On September 27, 2012, the Court conducted a conference call with counsel for both parties. During the conference call, Plaintiff argued her opposition to the Commissioner's Motion, and informed the Court that she intends to (1) formally oppose the Commissioner's Motion with a written brief; and (2) ask for an immediate award of benefits.

Having heard and considered both parties' arguments, and with judicial efficiency in mind, the Court hereby **ORDERS** as follows:

1) The parties shall submit briefing specifically on the issue of whether an immediate award of benefits is warranted in this action. Because this is a limited issue, and because the Court is well aware of the facts of this case, an expedited briefing schedule is warranted. Plaintiff's brief shall be due on

        **October 15, 2012**.  The Commissioner's memorandum in opposition shall be due on **November 1, 2012**.  Plaintiff's reply brief shall be due on **November 9, 2012**;

2)    Even though Plaintiff clearly articulated her argument in opposition to the Commissioner's Motion during the conference call, should she wish to submit to the Court any additional arguments, she may do so in her brief due on **October 15, 2012** in lieu of submitting a formal opposition brief prior to that date; and

3)    Because the administrative record was electronically filed in this case (doc. 6), the parties are reminded of their obligation to comply with the Court's Sixth Amended Magistrate Judges' General Order No. 11 (*see* doc. 7) regarding citations to the "PageID\_\_" when citing to the administrative record henceforth.

**IT IS SO ORDERED.**

September 28, 2012                                                **s/Michael J. Newman**
                                                                   United States Magistrate Judge