UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ELIZABETH INMAN,**　　　　　　　　CASE NO.　3:12-cv-72

　　Plaintiff,　　　　　　　　　　　　**Judge Timothy S. Black**
　　　　　　　　　　　　　　　　　　**Magistrate Judge Michael J. Newman**

　　-vs-

**COMMISSIONER OF SOCIAL
SECURITY,**

　　Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]　**Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]　**Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the Magistrate Judge is **ADOPTED IN ITS ENTIRETY** (Doc. 15); that the Commissioner's decision that Plaintiff was not disabled is **REVERSED** and the case is **REMANDED** for an immediate award of benefits; and the Commissioner's Motion for Voluntary Remand (Doc. 10) is **DENIED**; and that the case is **CLOSED** from the docket of the Court.

Date: January 2, 2013　　　　　　　　　　　　　　**JOHN P. HEHMAN, CLERK**

　　　　　　　　　　　　　　　　　　　　　　　　By: *s/ M. Rogers*
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk