UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH INMAN, | : | Case No. 3:12-cv-72 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael J. Newman |
| vs. | : | |
| | : | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY GRANTING THE PARTIES' AGREED PETITION TO AWARD $3,908.75 IN ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. 19) AND DENYING PLAINTIFF'S MOTION FOR ATTORNEY FEES AS MOOT (Doc. 18)**

This case is before the Court on Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act.  (Doc. 18).  After Plaintiff filed her Motion, the parties filed an Agreed Petition to an Award of Attorney Fees Under the Equal Access to Justice Act.  (Doc. 19).  In that Agreed Petitioner, the parties stipulate and request an order awarding attorney fees and expenses in the total amount of $3,908.75 in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The parties further agree that this award of attorney fees will fully satisfy any and all Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 that may be payable in this case.  In addition, the parties agree that any fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, --- U.S. ---, 130 S.Ct. 2521 (June 14, 2010).

Based on the foregoing agreement between the parties, the Court **GRANTS** the parties' Agreed Petition (Doc. 19) and **DENIES** Plaintiff's Motion (Doc. 18) as moot.  The Court **AWARDS** Plaintiff attorney fees in the amount of $3,908.75.  This fee shall be payable to Plaintiff.  After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Commissioner shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff.

**IT IS SO ORDERED.**

Date:   February 28, 2013                    *s/ Timothy S. Black*
                                             Timothy S. Black
                                             United States District Judge